## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | Case No. 16-20078-TBM |
| GARLAND RAY JOHNSON ) | |
| BRIDGET LYNETTE JOHNSON ) | |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that U.S. Bank National Association ("U.S. Bank"), by and through its counsel David A. Laird of Moye White LLP, hereby appears in the above-captioned case pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone and facsimile number and e-mail address:

> David A. Laird, Esq.
> Moye White, LLP
> 16 Market Square, 6th Floor
> 1400 16th Street
> Denver, CO 80202
> Telephone:  (303) 292-2900
> Facsimile:  (303) 292-4510
> david.laird@moyewhite.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Requests for Notices nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of U.S. Bank: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which U.S. Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments U.S. Bank expressly reserves.

**Dated:** Denver, Colorado
February 15, 2017.

MOYE WHITE LLP

/s/ *David A. Laird*
David A. Laird, Esq.
Moye White LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202
Email: david.laird@moyewhite.com
Phone: (303) 292-2900
Fax: (303) 292-4510
*Counsel for U.S. Bank National Association*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 15th day of February, 2017, via CM/ECF notice and/or U.S. Mail.

*Debtor*                                              represented by **Paul Gefreh**
**Garland Ray Johnson**                                          2125 N. Academy Blvd.
6102 Gemfield Drive                                              Colorado Springs, CO 80909
Colorado Springs, CO 80918-5683                                  ( ) 719-596-9010
EL PASO-CO                                                       Fax : 719-597-4534
SSN / ITIN: xxx-xx-6738                                          Email: paul.gefreh@earthlink.net
*aka* **Garland R. Johnosn**                                     *TERMINATED: 11/30/2016*
*aka* **Garland Johnson**
*ods* **L & R Productions. Inc.**                                **Lynn T. Hahn-Martinez**
*dba* **Universal Kempo Karate Schools**                         1123 N. Elizabeth St.
                                                                 Pueblo, CO 81003
                                                                 ( ) 719-542-6707
                                                                 Email: lynnmartinezbk@gmail.com


*Debtor*                                              represented by **Paul Gefreh**
**Bridget Lynette Johnson**                                      (See above for address)
6102 Gemfield Drive                                              *TERMINATED: 11/30/2016*
Colorado Springs, CO 80918-5683
EL PASO-CO                                                       **Lynn T. Hahn-Martinez**
SSN / ITIN: xxx-xx-1504                                          (See above for address)
*aka* **Bridget L. Johnson**
*aka* **Bridget Johnson**
*ods* **L and R Productions, Inc.**
*dba* **Universal Kempo Karate Schools**


*Trustee*                                             represented by **Kevin P. Kubie**
**Kevin P. Kubie**                                               PO Box 8928
PO Box 8928                                                      Pueblo, CO 81008-8928
Pueblo, CO 81008-8928                                            719-545-1153
719-545-1153                                                    Fax : 719-545-1154
                                                                 Email: Co28@ecfcbis.com


*U.S. Trustee*
**US Trustee**
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
303-312-7230


                                                     */s/Lisa R. Oliver*