UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re:*

                                                    Chapter 7
                                     Case No. 16-20078-TBM

GARLAND RAY JOHNSON and BRIDGET LYNETTE JOHNSON, **Debtors,**
PINGORA LOAN SERVICING, LLC, **Creditor,**

---

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

---

      Comes now BARRETT FRAPPIER & WEISSERMAN, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for PINGORA LOAN SERVICING, LLC, party in interest in the captioned proceedings.

      Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT FRAPPIER & WEISSERMAN, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 386-5040

      This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

      This Notice of Appearance shall not be construed as authorization to serve counsel

for PINGORA LOAN SERVICING, LLC with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for PINGORA LOAN SERVICING, LLC.

BARRETT FRAPPIER & WEISSERMAN, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT FRAPPIER &
WEISSERMAN, LLP


BY: /s/ Abbey Dreher
Abbey Dreher
CO NO. 48492
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 341-0500
E-mail: co.ecf@bdfgroup.com
ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2017, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT FRAPPIER &
        WEISSERMAN, LLP

        BY: /s/ Abbey Dreher
            Abbey   Dreher
            CO NO. 48492
            4004 Belt Line Rd Ste. 100
            ADDISON, TX 75001
            Telephone: (972) 341-0500
            E-mail:  co.ecf@bdfgroup.com
            ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
GARLAND RAY JOHNSON
6036 WHETSTONE DRIVE
COLORADO SPRINGS, CO  80923

BRIDGET LYNETTE JOHNSON
6036 WHETSTONE DRIVE
COLORADO SPRINGS, CO  80923

BRIDGET LYNETTE JOHNSON
6102 GEMFIELD DRIVE
COLORADO SPRINGS, CO  80918-5683

GARLAND RAY JOHNSON
6102 GEMFIELD DRIVE
COLORADO SPRINGS, CO  80918-5683

**DEBTOR'S ATTORNEY:**
LYNN T. HAHN-MARTINEZ
1123 N. ELIZABETH ST.
PUEBLO, CO  81003

**TRUSTEE:**
KEVIN P. KUBIE
P.O. BOX 8928
PUEBLO, CO  81008